# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM<br><br>        Plaintiff(s),<br><br>        v.<br><br>VALLEY SPOT, INC. , et al.<br><br>        Defendant(s). | CASE NO.<br>2:19–cv–01815–DSF–MAA<br><br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before November 4, 2019.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 4, 2019

                 _/s/ *Dale S. Fischer*_
                 Dale S. Fischer
                 United States District Judge