# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br>    Plaintiff, | Case No. CV 19-01815 DSF (MAAx) |
| v. | JUDGMENT |
| VALLEY SPOT, INC., et al.,<br>    Defendant. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant Valley Spot, Inc.,

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: November 25, 2019

Dale S. Fischer
United States District Judge